# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRYL SWINT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.2:19-cv-02034-AMM-GMB |
| JUDICIAL F3d ACT, | ) ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On May 13, 2020, the magistrate judge entered a report (Doc. 3) recommending the petition for writ of habeas corpus (Doc. 1) be dismissed without prejudice for failure to prosecute. (*See* Doc. 3 at 2).

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds that the petition for habeas corpus is due to be dismissed without prejudice.

A separate order will be entered.

**DONE** and **ORDERED** this 30th day of June, 2020.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE